■ ISLAND VENTURES, INC., Respondent, v MARTIN I. COHEN et al., Defendants, and SHIRLEY COHEN, Appellant. — In a mortgage foreclosure action, defendant Shirley Cohen appeals from a judgment of the Supreme Court, Suffolk County (Geiler, J.), which dismissed her answer for lack of standing to assert a Statute of Limitations defense and entered judgment for plaintiff. Judgment affirmed, without costs or disbursements. The evidence supports Special Term's determination. Damiani, J. P., Weinstein, Gulotta and O'Connor, JJ., concur.

■ NATHAN LEMLER, Respondent, v ADAM WESELOWSKI, Appellant. — Order of the Supreme Court, Nassau County, dated March 12, 1982, affirmed, without costs or disbursements, for the reasons stated by Justice Spatt at Trial Term. Damiani, J. P., Weinstein, Gulotta and O'Connor, JJ., concur.

■ LYNBROOK GLASS WORKS CORP., Plaintiff, v RALPH PLACE ASSOCIATES et al., Defendants. (And a Third-Party Action.) (Action No. 1.) WILLIAM L. KRAMER, as Receiver in Dissolution of WELM CONSTRUCTION CORP., Appellant, v 10 RALPH PLACE CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. HOME INDEMNITY COMPANY, Third-Party Defendant-Appellant. (And a Fourth-Party Action.) (Action No. 2.) — Appeal from a stated portion of an order of the Supreme Court, Richmond County (Rubin, J.), dated May 14, 1981, dismissed. That portion of the order has been superseded by a further order of the same court, dated August 19, 1981. Order dated August 19, 1981, affirmed. No opinion. Respondents are awarded one bill of $50 costs and disbursements payable jointly by appellants. Damiani, J. P., O'Connor, Rubin and Boyers, JJ., concur.